

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2255

Prisoner's Name:        David Flowers
Prisoner's Number:      #24174-016 (Federal Reg. Number)
                        #X0063889 (Maryland State ID Number)
Place of Confinement:   United States Penitentiary Allenwood
                        White Deer, Pennsylvania

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 20 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        *

    RESPONDENT                   *

                                      CRIM. NO. CR 01-112-01
        v.                       *    CIVIL NO. _____

DAVID FLOWERS                    *    CASE NUMBER  1:04CV01633

    PETITIONER                   *    JUDGE: Thomas F. Hogan
                                      DECK TYPE: Habeas Corpus/2255
                                 *
                                      DATE STAMP: 09/23/2004
    *   *   *   *   *   *

Motion Under 28 U.S.C. § 2255 to Vacate and Set Aside
Sentence by Prisoner in Federal Custody

Comes now the Petitioner, David Flowers, by and through his attorney, Fred Warren Bennett, Bennett & Bair, LLP., and moves this Honorable Court, pursuant to 28 U.S.C. § 2255, to vacate and set aside his sentence in the above-captioned case. In support of this Motion, the Petitioner alleges (following the model form for use in federal habeas cases):

1. The sentence under attack was imposed by Judge Thomas F. Hogan of the United States District Court for the District of

1